**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00045-CV

---

### IRA W. BREWER, EUGENIA BREWER AND ALL OTHER OCCUPANTS, Appellant

### V.

### U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BEAR STERNS ARM TRUST, ET AL., Appellee

---

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01529-2013**

---

## ORDER

We **GRANT** appellee's March 21, 2014 unopposed motion to substitute counsel. We **DIRECT** the Clerk of the Court to remove Olga Pachencko of Pite Duncan, LLP and Jack O'Boyle, Travis H. Gray, and Christopher S. Ferguson of Jack O'Boyle & Associates as counsel for appellee and substitute Thomas G. Yoxall, Daron L. Janis, and Kurt M. Wolber of Locke Lord LLP in their place. We further **DIRECT** the Clerk of the Court to designate Thomas G. Yoxall as lead counsel for appellee.

/s/     ADA BROWN
        JUSTICE